**Jo Anne B. BARNHART, Commissioner, Social Security Administration, Appellant,**

v.

**MCI WORLDCOM COMMUNICATIONS, INC., Appellee.**

No. 05–1111.

United States Court of Appeals, Federal Circuit.

Jan. 4, 2005.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).